PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SECRETARY OF UNITED STATES DEPARTMENT OF LABOR, | ) ) ) | CASE NO. 5:19CV863 |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGE BENITA Y. PEARSON |
| AMERICAN MADE BAGS, LLC, *et al.*, | ) ) ) | **JUDGMENT ENTRY** |
| Defendants. | ) | |

Having filed its Memorandum of Opinion and Order granting Plaintiff's Motion for Summary Judgment (ECF No. 74), the Court hereby enters judgment in favor of Plaintiff Secretary of United States Department of Labor and against Defendants. Plaintiff is awarded back wages of $94,893.34, liquidated damages of $94,893.34, and the injunctive relief sought.

This Judgment Entry constitutes entry of judgment pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

| | |
|---|---|
| February 15, 2022 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |